UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
HILLTOP SECURITIES INC.,             :
                                     :          26cv4536 (DLC)
                    Petitioner,      :
    -v-                              :             ORDER
                                     :
                                     :
ODEON CAPITAL GROUP LLC,             :
                                     :
                    Respondent.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    Petitioner filed a petition to vacate an arbitration award
on May 29, 2026.  It is hereby

    ORDERED that respondent's opposition, if any, is due on
**July 3, 2026.**  Petitioner's reply, if any, is due **July 17, 2026.**
At the time any reply is served, the moving party shall supply
two courtesy copies of all motion papers to Chambers by mail or
delivery to the United States Courthouse, 500 Pearl Street, New
York, New York.

    IT IS FURTHER ORDERED that petitioner shall serve a copy of
this Order on the respondent.

    SO ORDERED:

Dated:    New York, New York
          June 8, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge