UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILLTOP SECURITIES INC.,

Petitioner,

-v-

ODEON CAPITAL GROUP LLC,

Respondent.

26cv4536 (DLC)

ORDER

DENISE COTE, District Judge:

Petitioner filed a petition to vacate an arbitration award on May 29, 2026. An Order of June 8 instructed the respondent to oppose the petition by July 3. On July 3, the respondent filed its opposition. It also filed a cross-petition to confirm the arbitration award. Accordingly, it is hereby

ORDERED that petitioner's opposition to the cross-petition, if any, is due on **July 24, 2026**. Respondent's reply, if any, is due **July 31, 2026**. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated: New York, New York
July 6, 2026

DENISE COTE
United States District Judge