**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

Hilltop Securities Inc.,

Petitioner,

-against-

26 **CIVIL** 4536 (DLC)

**JUDGMENT**

Odeon Capital Group LLC,

Respondent.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2026, Hilltop's May 29, 2026 petition to partially vacate the FINRA panel's Award is denied and Odeon's July 3 cross-petition to confirm the Award is granted; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**